JOHN H. BRINK (SBN 28018)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:11-CV-03354-URC |
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| JOSEPH CLYBURN, | |
| Defendant. | |

In the above-entitled action, the Clerk of this Court having entered on JUNE 14, 2012, a default against Defendant, JOSEPH CLYBURN for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant JOSEPH CLYBURN the sum of $897.32 in principal, $1,774.28 in accrued prejudgment interest through September 20, 2012, with interest accruing from September 20, 2012 at the rate of 8 % per annum ($0.20 per day) until entry of judgment, with interest thereafter at the legal rate, $0.00 in administration charges, $505.00 in costs, less debtor payments of

///
///
///

$0.00, plus $269.20 in attorney's fees for a total judgment of $3,445.80.

TERRY NAFISI, CLERK
U.S. District Court
Central District of California

DATED: SEP 2 4 2012    By: *L. Rayford*
                          Deputy Clerk